**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **JORDAN OUTDOOR ENTERPRISES, LTD.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| **KIDZ TOYZ, INC.** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT AND UNFAIR COMPETITION**

Plaintiff Jordan Outdoor Enterprises, Ltd. ("JOEL") for its complaint against Defendant Kidz Toyz, Inc. ("Kidz Toyz") alleges as follows:

**PARTIES**

1.

JOEL is a Georgia corporation having its principal place of business at 1390 Box Circle, Columbus, Georgia 31907.  JOEL is a leader in the camouflage industry with over 2000 licensees selling various products bearing JOEL's copyrighted patterns and using JOEL's trademarks.

2.

Defendant Kidz Toyz is a New York Corporation with a place of business at 237 Mamaroneck Avenue, White Plains, New York 10605.  Kidz Toyz may be served with process at this address.  Kidz Toyz sells pop up hunting blinds, other types of outdoors equipment, and

other types of children's goods.

## JURISDICTION

3.

This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331, 1332, and 1338; 15 U.S.C. § 1121; and the doctrine of pendent jurisdiction, 28 U.S.C. § 1367(a).  This Court has personal jurisdiction over Kidz Toyz on the basis of the systematic, purposeful, and continuous contacts in this State and this District, and that the acts complained of herein occurred and are occurring in this State and this District.

4.

Venue is proper in this District and Division under 28 U.S.C. §§ 1391 and 1400.

## JOEL'S TRADEMARKS AND COPYRIGHTS

5.

JOEL owns all right, title and interest in the Realtree® line of camouflage patterns.  The Realtree® camouflage patterns are among the most famous and well-known camouflage patterns in the camouflage industry in the United States and throughout the world.

## THE REALTREE PATTERNS AND TRADEMARKS

6.

Since at least as early as September 1985, JOEL, its predecessors in interests, and its licensees have used the trademark Realtree® on various types of goods that incorporate

camouflage patterns thereon, including soft goods such as fabrics and hard goods having hard surfaces.   JOEL and its licensees have extensively promoted goods bearing the Realtree® trademark in print and television advertising and otherwise.

7.

JOEL owns all right, title, and interest in an original pattern design entitled the "HIGH DEFINITION REALTREE HARDWOODS CAMOUFLAGE" pattern.   The pattern was registered in the United States Copyright Office under Certificate of Copyright Registration No. VAu 529-869 on June 12, 2001.   JOEL refers to this copyrighted work as the Realtree Hardwoods HD® pattern.  A copy of Copyright Registration No. VAu 529-869 is attached hereto as Exhibit A.   JOEL has published the pattern covered by the copyright and registration by selling, publicly distributing, and licensing products bearing the pattern.

8.

JOEL owns all right, title, and interest in an original pattern design entitled the "HIGH DEFINITION REALTREE HARDWOODS GREEN CAMOUFLAGE" pattern.   The pattern was registered in the United States Copyright Office under Certificate of Copyright Registration No. VAu 529-870 on June 12, 2001.   JOEL refers to this copyrighted work as the Realtree Hardwoods Green HD® pattern.  A copy of Copyright Registration No. VAu 529-870 is attached hereto as Exhibit B.  JOEL has published the pattern covered by the copyright and registration by selling, publicly distributing, and licensing products bearing the pattern.  A sample repeat of the "HIGH DEFINITION REALTREE HARDWOODS GREEN CAMOUFLAGE" pattern is shown below:



**DEFENDANT'S CONDUCT**

9.

Kidz Toyz imports, sells and/or offers for sale products bearing at least one of JOEL's copyrighted camouflage patterns.

10.

Kidz Toyz imports, sells, and/or offers for sale pop up hunting blinds and other types of goods. Specifically, Kidz Toyz imports into the United States camouflage products with counterfeit versions of JOEL's Patterns thereon. Attached hereto as Exhibit C is a photograph of a pop up hunting blind sold under the mark "Bass Pro Shops Pop Up Hunting Blind" and

imported by Kidz Toyz bearing a counterfeit version of the Realtree Hardwoods pattern.   A

photograph of the pop up hunting blind is shown below:



11.

The "Bass Pro Shop Pop Up Hunting Blind" pattern contains numerous elements copied

from the Realtree Hardwoods pattern with the JOEL Trademarks removed.

12.

The "Bass Pro Shop Pop Up Hunting Blind" is and has been offered for sale by Bass Pro

Shops in Columbus, Georgia and elsewhere throughout this District and State.   Specifically, Kidz

Toyz products bearing JOEL's copyrighted camouflage patterns are sold or offered for sale

through distributors, in retail stores, and on internet websites throughout this District and State and throughout the United States.

13.

Kidz Toyz incorporated JOEL's copyrighted camouflage patterns on its products without license or authorization from JOEL.

14.

Kidz Toyz is not a licensee of JOEL in any manner whatsoever.

<u>COUNT I</u>
<u>COPYRIGHT INFRINGEMENT</u>

15.

JOEL repeats and incorporates by reference all of the allegations set forth in paragraphs 1-14 above.

16.

By reproducing a copyrighted camouflage pattern of JOEL's on certain of their products, Kidz Toyz has committed an act that violates JOEL's exclusive right to reproduce its copyrighted works pursuant to 17 U.S.C. § 106(1).  These acts constitute copyright infringement in violation of 17 U.S.C. § 501.

17.

To the extent that the patterns displayed on the Kidz Toyz products are in any way different from a camouflage pattern that is copyrighted by JOEL, the resultant work is a violation of JOEL's exclusive right to prepare derivative works pursuant to 17 U.S.C. § 106(2).  These acts constitute copyright infringement in violation of 17 U.S.C. § 501.

18.

By distributing products bearing copyrighted camouflage patterns of JOEL thereon, Kidz Toyz has violated JOEL's exclusive right to distribute its copyrighted works pursuant to 17 U.S.C. § 106(3).  These acts constitute copyright infringement in violation of 17 U.S.C. § 501.

19.

On information and belief, Kidz Toyz performed the aforesaid acts of infringement of JOEL's copyrights with knowledge and in disregard of JOEL's rights therein.

20.

The aforesaid acts have irreparably damaged JOEL and will continue to irreparably damage JOEL unless enjoined by this Court, as a result of which JOEL is without an adequate remedy at law.

## COUNT II
## FEDERAL UNFAIR COMPETITION

21.

JOEL repeats and incorporates by reference all of the allegations set forth in paragraphs 1-14 above.

22.

The aforesaid acts tend to represent falsely that Kidz Toyz is affiliated, connected, associated with, or authorized by JOEL, or the reverse.  The aforesaid acts also tend to describe falsely that Kidz Toyz's goods or services emanate from or are sponsored by or approved by JOEL, or the reverse.  The aforesaid acts also tend to cause confusion as to the origin of the goods or services.  All of these acts constitute violations of § 43(a) of the Lanham Act, 15 U.S.C.

7

§ 1125(a).

23.

On information and belief, Kidz Toyz did the aforesaid acts with knowledge and in disregard of JOEL's rights therein.

24.

The aforesaid acts have irreparably damaged JOEL and will continue to irreparably damage JOEL unless enjoined by this Court, as a result of which JOEL is without an adequate remedy at law.

**COUNT III**
**UNFAIR COMPETITION UNDER GEORGIA LAW**

25.

JOEL repeats and incorporates by reference all of the allegations set forth in paragraphs 1-14 above.

26.

The aforesaid acts tend to represent falsely that Kidz Toyz is affiliated, connected, associated with, or authorized by JOEL, or the reverse.  The aforesaid acts also tend to describe falsely that Kidz Toyz's goods or services emanate from or are sponsored by or approved by JOEL, or the reverse.  By reason of the foregoing, Kidz Toyz has engaged, and is continuing to engage, in acts of passing off Kidz Toyz' goods as those of JOEL which constitutes unfair competition in violation of O.C.G.A. § 23-2-55.

27.

On information and belief, Kidz Toyz did the aforesaid acts with knowledge and in

disregard of JOEL's rights therein.

28.

The aforesaid acts have irreparably damaged JOEL and will continue to irreparably damage JOEL unless enjoined by this Court, as a result of which JOEL is without an adequate remedy at law.

## COUNT IV
## COMMON LAW UNFAIR COMPETITION

29.

JOEL repeats and incorporates by reference all of the allegations set forth in paragraphs 1-28 above.

30.

The aforesaid acts constitute unfair competition in violation of the common law in the state of Georgia in that:

(a)     the acts enable Kidz Toyz to obtain the benefit of, and trade on, the goodwill of JOEL;

(b)     the acts damage JOEL's goodwill in that JOEL has no control over the business of Kidz Toyz;

(c)     the acts are likely to cause confusion, mistake, or deception; and

(d)     the acts will result in the unjust enrichment of Kidz Toyz.

31.

On information and belief, Kidz Toyz did the aforesaid acts with knowledge and in disregard of JOEL's rights therein.

32.

The aforesaid acts have irreparably damaged JOEL and will continue to irreparably damage JOEL unless enjoined by this Court, as a result of which JOEL is without an adequate remedy at law.

## COUNT V
## GEORGIA DECEPTIVE TRADE PRACTICES ACT

33.

JOEL repeats and incorporates by reference all of the allegations set forth in paragraphs 1-32 above.

34.

By reason of the foregoing acts, Kidz Toyz has violated the Uniform Deceptive Trade Practices Act, O.C.G.A. § 10-1-371 *et seq.*

35.

On information and belief, Kidz Toyz did the aforesaid acts with knowledge and in disregard of JOEL's rights therein.

36.

The aforesaid acts have irreparably damaged JOEL and will continue to irreparably damage JOEL unless enjoined by this Court, as a result of which JOEL is without an adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, JOEL prays that:

A.     Kidz Toyz, its officers, directors, principals, agents, servants, employees, successors, assigns, affiliates, licensees, manufacturers, distributors, and all that are in active concert or participation with them, or any of them, be enjoined and restrained during the pendency of this action and permanently thereafter from:

    1.     infringing JOEL's copyrights;

    2.     copying or otherwise reproducing in whole or in part JOEL's copyrighted designs or derivatives thereof;

    3.     manufacturing, marketing, distributing, displaying, importing, exporting, selling, or offering for sale products bearing a copyrighted camouflage pattern of JOEL, or derivatives thereof;

    4.     making any statement or representation whatsoever with respect to the goods at issue that either falsely designates JOEL as the origin of the goods or is otherwise false or misleading;

    5.     any other conduct that would cause or is likely to cause confusion, mistake, or misunderstanding as to the source, affiliation, connection, or association of Defendant or Defendant's goods and services with JOEL or JOEL's goods and services;

    6.     competing unfairly with JOEL in any manner;

    7.     engaging in any other activity, including the effectuation of assignments or transfers of interests in counterfeits, simulations, reproductions, copies,

derivative works, or colorable imitations of JOEL's copyrighted patterns, trademarks, or any other intellectual property of JOEL, including the formation of other corporations, partnerships, associations or other entities or the utilization of any other devices, for the purpose of circumventing, evading, avoiding or otherwise violating the prohibitions herein.

B.   That Kidz Toyz deliver up during the pendency of this action and for destruction upon entry of judgment:

    1.   Kidz Toyz's products bearing JOEL's copyrighted patterns, derivative works thereof, and/or any other intellectual property of JOEL;

    2.   any and all substantially similar materials manufactured, distributed, marketed, and/or sold by or on behalf of Kidz Toyz; and

    3.   any and all copies of materials used by Kidz Toyz to advertise, promote, and/or solicit sales for Kidz Toyz's products.

C.   That Kidz Toyz be ordered to pay JOEL all profits realized by Kidz Toyz by reason of the unlawful actions as set forth herein.

D.   That Kidz Toyz be ordered to pay JOEL all damages suffered, including statutory or actual damages at JOEL's election and in accordance with 17 U.S.C. § 504(c), by reason of Kidz Toyz's acts of copyright infringement set forth herein.

E.   That Kidz Toyz be ordered to pay JOEL three (3) times the damages suffered by JOEL by reason of Kidz Toyz's willful, unlawful actions as set forth herein.

F.   That Kidz Toyz be ordered to pay JOEL punitive damages as provided by law.

G.   That Kidz Toyz be ordered to pay JOEL the cost of this action and reasonable

attorney's fees and investigatory fees.

H.     That Kidz Toyz be ordered to pay JOEL prejudgment interest.

I.     That JOEL has such other and further relief as this Court may deem just and

proper.


Date:    <u>December 8, 2016</u>


                                         <u>/s/ Daniel J. Warren</u>
                                         Daniel J. Warren
                                         Georgia Bar No. 738,240
                                         Ann G. Fort
                                         Georgia Bar No. 269,995
                                         Walter S. Freitag
                                         Georgia Bar No. 510,393
                                         **SUTHERLAND ASBILL & BRENNAN LLP**
                                         999 Peachtree Street, N.E., Suite 2300
                                         Atlanta, Georgia  30309-3996
                                         Telephone: (404) 853-8000
                                         Facsimile: (404) 853-8806
                                         E-mail: daniel.warren@sutherland.com
                                                 ann.fort@sutherland.com
                                                 walter.freitag@sutherland.com


                                         *Counsel for Plaintiff*
                                         *Jordan Outdoor Enterprises, Ltd.*